1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  CANDACE KELLY (CSBN 191473)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-6991
7  Facsimile: (415) 436-7234
   E-mail: Candace.Kelly@usdoj.gov
8
   Attorneys for Plaintiff
9

FILED
MAY 8 2008

Submitting Counsel are **directed to serve this order upon all other parties in this action**

10                  UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA
12                      SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,        )   No. CR 04-0316 SI
                                      )
14 |     Plaintiff,                   )
                                      )   NOTICE OF DISMISSAL
15 |     v.                           )
                                      )
16 | DONALD FITZPATRICK,              )
                                      )   (San Francisco Venue)
17 |     Defendant.                   )
                                      )
18 |_____ )

19    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
20 United States Attorney for the Northern District of California dismisses the above indictment
21 without prejudice and moves that the Court quash the arrest warrant issued in connection with
22 the indictment in this case.

23 DATED: 5-6-08                       Respectfully submitted,

24                                     JOSEPH P. RUSSONIELLO
                                       United States Attorney
25
                                       /s/ Brian J. Stretch
26
                                       BRIAN J. STRETCH
27                                     Chief, Criminal Division
28

NOTICE OF DISMISSAL (CR 04-0316-SI)

1 | Leave is granted to the government to dismiss the indictment. It is further ordered that the
2 | arrest warrant issued in connection with the indictment is quashed.

Date: 5/7/08

SUSAN ILLSTON
United States District Judge

2